## CHRISTOPHER v. STATE.
### No. 18540.

Court of Criminal Appeals of Texas.
June 24, 1936.

O. M. Street, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

The matters set forth in the motion for new trial are not such as may be considered in the absence of the statement of facts.

No error has been perceived or pointed out.

The judgment is affirmed.

## CHRISTOPHER et al. v. STATE.
### No. 18541.

Court of Criminal Appeals of Texas.
June 24, 1936.

O. M. Street, of Dallas, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before us without statement of facts or bills of exception.

The matters set forth in the motion for new trial are not such as may be considered in the absence of the statement of facts.

No error having been perceived, the judgment is affirmed.